# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHERYL MCDADE                                                                    PLAINTIFF

v.                              No. 5:18-cv-178-DPM

WINSTON CLINIC, PA                                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 May 2019